STATE OF NEW JERSEY v. JOSEPH BATTISICK.

November 17, 1986.

A petition for certification having been submitted to this Court, and the Court having noted that *N.J.S.A.* 2C:43–6(b) provides that a period of parole ineligibility may be imposed pursuant to that section only when the sentencing judge is clearly convinced that the aggravating factors present substantially outweigh the mitigating factors;

And the sentencing judge in this matter having imposed a parole ineligibility term notwithstanding his determination that the aggravating factors present did not substantially outweigh the mitigating factors;

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for an appropriate resentencing of defendant.

Jurisdiction is not retained.